# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

NORMAN GERALD CUTRER, JR.

NO. 2021 KW 0725

OCTOBER 5, 2021

In Re:    Norman Gerald Cutrer, Jr., applying for supervisory writs, 21st Judicial District Court, Parish of Livingston, No. 119040.

BEFORE:    **WHIPPLE, C.J., PENZATO AND HESTER, JJ.**

**WRIT DENIED ON THE SHOWING MADE.** Relator failed to include a copy of the bill of information, the commitment order, the transcripts of the October 22, 2019, and March 10, 2020, hearings, any other pertinent transcripts, and other portions of the district court record that might support the claims raised in the application for postconviction relief. Supplementation of this writ application and/or an application for rehearing will not be considered. See Uniform Rules of Louisiana Courts of Appeal, Rules 2-18.7 & 4-9. In the event relator elects to file a new application with this court, the application must be filed on or before November 29, 2021. Any future filing on this issue should include the entire contents of this application, the missing items noted above, and a copy of this ruling.

**VGW**
**AHP**
**CHH**

COURT OF APPEAL, FIRST CIRCUIT

_____
DEPUTY CLERK OF COURT
FOR THE COURT